# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00082-CV

**Johnathan Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-MH-13-003259, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Johnathan Johnson filed a pro se notice of appeal on January 14, 2014. On May 19, 2014, the clerk of this Court notified appellant and his appointed counsel Stan Kerr, that appellant's brief was overdue and that this appeal was subject to dismissal for want of prosecution unless this Court received a satisfactory response to the notice by May 29, 2014. To date, appellant's brief has not been filed and we have not received any response to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   June 25, 2014